UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA ROY,<br><br>    Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-02008-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties have filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, this Court grants the parties' joint stipulation and dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE